IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARRIEM MOHAMMED-EL,

    Plaintiff,

  v.

EMC MORTGAGE CORPORATION,

    Defendant.
                                      /

No. CR 09-80077M CW

ORDER DISMISSING PLAINTIFF'S "INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY"

    Plaintiff Karriem Mohammed-El filed a document entitled, "Notice of International Commercial Claim Within the Admiralty ab initio Administrative Remedy." This document and its attachments appear to be a complaint against Defendant EMC Mortgage Corporation regarding a contract and a foreclosure proceeding involving the real property located at 2900 Rheem Avenue, Richmond, California.

    Despite the fact that Plaintiff has labeled his complaint as "within the admiralty," its subject matter is real property located in Richmond, California, which has nothing to do with admiralty. See Jose v. M/V Fir Grove, 765 F. Supp. 1015, 1019 (D. Or. 1990) (an admiralty claim must have (1) a maritime situs, that is, a tort on or over navigable waters, and (2) a maritime nexus, that is, a significant relationship to traditional maritime activity); Solano

v. Beilby, 761 F.2d 1369, 1371 (9th Cir. 1985) (the principle focus of maritime jurisdiction is the protection of maritime commerce).

Courts may raise jurisdictional questions sua sponte. Rowe v. United States, 633 F.2d 799 (9th Cir. 1980); 13 Wright, Miller & Cooper, Federal Practice and Procedure: Jurisdiction 2d § 3522 (1984). Dismissal is appropriate under Rule 12(b)(1) when the district court lacks subject matter jurisdiction over the claim. Fed. R. Civ. P. 12(b)(1).

Plaintiff's complaint, which involves a contract and possible foreclosure proceeding regarding real property, arises out of state law. Because there is no basis for federal jurisdiction, the Court lacks subject matter jurisdiction over this complaint. The complaint is dismissed without prejudice to refiling in state court.

IT IS SO ORDERED.

Dated: October 15, 2009

CLAUDIA WILKEN
United States District Judge